*Wednesday, May 20, 1992*
## MERIT DOCKET

**92–698.** State v. Tarver. *Stark County*, No. CA–8632. On motion for leave to file memorandum in support instanter, motion to strike, and motion to dismiss. Motions to strike and to dismiss sustained. Cause dismissed.

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent and would grant the motion for leave.

## MISCELLANEOUS DISMISSALS

**91–1231.** Stark Cty. Sheriff's Dept. v. Robinson. *Stark County*, No. CA–8582. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**91–1480.** State v. Samuels. *Cuyahoga County*, No. 59464. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**91–1567.** State v. Crenshaw. *Cuyahoga County*, No. 60329. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**91–1629.** State v. Kimbro. *Lorain County*, No. 90CA004845. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**91–1661.** Gruenspan v. Dinn, Hochman, King & Melamed. *Cuyahoga County*, No. 58647. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**91–1869.** State v. Adams. *Washington County*, No. 90–CA–5. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**92–120.** State v. Hearald. *Hamilton County*, No. C–910103. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

**92–304.** Commercial Savings Bank v. Walton. *Wyandot County*, No. 16–91–30. *Sua sponte*, cause dismissed for want of prosecution, effective May 18, 1992.

*Thursday, May 21, 1992*
## MOTION DOCKET

**92–702.** State ex rel. Daniels v. Ninth Dist. Court of Appeals. In Mandamus. On motion for stay and bond. Motion denied.

**92–900.** State v. McGlone. *Scioto County*, No. 90CA1910. On motion for appeal bond. Motion denied.

*Wednesday, May 27, 1992*
## MERIT DOCKET

**91–1354.** Sherrills v. State ex rel. State. *Cuyahoga County*, No. 61604. *Sua sponte*, cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2444.** Seals v. Shiplevy. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2576.** In re Application of Waite. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.